**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | | |
|---|---|---|
| **BRENDA MATTHEWS** | : | **DOCKET NO. 5:22-cv-04942** |
| | | |
| **VERSUS** | : | **JUDGE DONALD E. WALTER** |
| | | |
| **ALLSTATE VEHICLE &** | | |
| **PROPERTY INSURANCE CO.** | : | **MAGISTRATE JUDGE LEBLANC** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein [doc. 27], after an independent review of the record, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under applicable law;

**IT IS ORDERED** that the Report and Recommendation [doc. 27] is **ADOPTED** and that this matter is **DISMISSED**.

**THUS DONE AND SIGNED** in Chambers this 27th day of March, 2024.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE